1  MICHAEL V. CRISTALLI, ESQ.
   Nevada Bar No. 6266
2  WILLIAM D. SCHULLER, ESQ.
   Nevada Bar No. 11271
3  **CLARK HILL PLC**
   1700 S. Pavilion Center Dr., Ste. 500
4  Las Vegas, Nevada 89135
   Telephone:  (702) 862-8300
5  Facsimile:   (702) 778-9709
   E-mail:  mcristalli@clarkhill.com
6           wschuller@clarkhill.com

7  Attorneys for Plaintiff,
   NEW HORIZON MEDICAL
8  SOLUTIONS LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

\* \* \*

| NEW HORIZON MEDICAL SOLUTIONS LLC, | CASE NO. 2:25-cv-02372-APG-DJA |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER ON DEFENDANTS' MOTION TO DISMISS** |
| vs. | |
| AOC HEALTHCARE CENTER, LLC; and ANIBAL CABRERA LOPEZ, an individual, | |
| Defendants. | |

Plaintiff NEW HORIZON MEDICAL SOLUTIONS LLC ("New Horizon"), and Defendants AOC HEALTHCARE CENTER, LLC ("AOC Healthcare") and ANIBAL CABRERA LOPEZ ("Lopez") (collectively, "Defendants" and with New Horizon, "Parties"), by and through their respective counsel, hereby stipulate and agree, as follows:

1.  On October 16, 2025, New Horizon filed a Complaint against Defendants in Clark County District Court, Case No. A-25-930691-C, alleging breach of contract, breach of the implied covenant of good faith and fair dealing, conversion, fraud – promise without intent to perform, fraud in the inducement, promissory estoppel, violation of UCC – failure to pay for goods, account stated, and unjust enrichment.

///

///

2. New Horizon and AOC Healthcare entered into the Net Terms Cellular Tissue Product Agreement, a true and correct copy of which is attached to the Complaint as Exhibit 1.

3. On December 1, 2025, Defendants removed to this Court based on diversity jurisdiction. *See* Defendants' AOC Healthcare Center, LLC and Anibal Cabrera Lopez's Notice of Removal [ECF No. 1].

4. New Horizon does not dispute that this matter was properly removed to this Court based on diversity jurisdiction.

5. Defendants' Motion to Dismiss [ECF No. 7], filed December 8, 2025, requests that the Court dismiss Lopez for lack of personal jurisdiction under FRCP 12(b)(2) and dismiss all New Horizon's claims for failure to state a claim upon which relief can be granted under FRCP 12(b)(6).

6. New Horizon's response to Defendants' Motion to Dismiss is currently due December 22, 2025.

7. New Horizon's claims against Lopez are dismissed for lack of personal jurisdiction.

8. New Horizon's claims against AOC Healthcare for conversion, fraud – promise without intent to perform, fraud in the inducement, promissory estoppel, violation of UCC – failure to pay for goods, account stated, and unjust enrichment are dismissed with prejudice.

9. New Horizon shall file an amended complaint, a draft of which is attached hereto as **Exhibit 1** ("Amended Complaint"), alleging breach of contract and breach of the implied covenant of good faith and fair dealing against AOC Healthcare only.

10. New Horizon shall file the Amended Complaint within five business days of the Court entering an order granting this Stipulation.

///

///

///

11. After New Horizon files the Amended Complaint, the Court should deny Defendants' Motion to Dismiss as moot.

12. AOC Healthcare reserves all its defenses.

IT IS SO STIPULATED.

Dated this 19th day of December 2025.

**CLARK HILL PLC**

/s/ William D. Schuller, Esq.
MICHAEL V. CRISTALLI, ESQ.
Nevada Bar No. 6266
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 11271
1700 S. Pavilion Center Dr., #500
Las Vegas, Nevada 89135

Attorneys for Plaintiff,
NEW HORIZON MEDICAL SOLUTIONS, LLC

Dated this 19th day of December 2025.

**CONNOT LAW OFFICE PLLC**

/s/ Mark J. Connot, Esq.
MARK J. CONNOT, ESQ.
Nevada Bar No. 10010
8965 S. Eastern Avenue, Ste. 382
Las Vegas, Nevada 89123

Attorneys for Defendants,
AOC HEALTHCARE CENTER, LLC; and ANIBAL CABRERA LOPEZ

IT IS SO ORDERED:

Dated: December 22, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Submitted By:

**CLARK HILL PLC**

/s/ William D. Schuller, Esq.
MICHAEL V. CRISTALLI, ESQ.
Nevada Bar No. 6266
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 11271

Attorneys for Plaintiff,
NEW HORIZON MEDICAL SOLUTIONS, LLC