**CONNOT LAW OFFICE PLLC**
MARK J. CONNOT (10010)
8965 South Eastern Avenue, Ste. 382
Las Vegas, NV 89123
Tel: 702.603.5445
mconnot@connotlaw.com
Attorneys for Defendant AOC Healthcare Center, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEW HORIZON MEDICAL SOLUTIONS LLC,<br><br>Plaintiff,<br><br>vs.<br><br>AOC HEALTHCARE CENTER, LLC,<br><br>Defendant. | Case No.: 2:25-cv-02372-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO ANSWER PLAINTIFF'S AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Defendant AOC Healthcare Center, LLC ("Defendant") and Plaintiff New Horizon Medical Solutions LLC ("Plaintiff," together with Defendant, the "Parties"), respectfully request that the Court enter this Stipulation to Extend Time for Defendant to Answer Plaintiff's Amended Complaint. This is the Parties' first request.

IT IS HEREBY STIPULATED AND AGREED as follows:

1. On December 8, 2025, Defendant AOC Healthcare Center, LLC filed a Motion to Dismiss Plaintiff's Complaint. [ECF No. 7]

2. On December 19, 2025, Plaintiff New Horizon Medical Solutions LLC filed a Stipulation and Order on Defendant's Motion to Dismiss wherein the Parties agreed that the individual Defendant be dismissed, and dismissed certain of Plaintiff's causes of action as to the remaining Defendant AOC Healthcare Center, LLC, and stipulated to filing an amended complaint. [ECF No. 8] On December 22, 2025, the Court entered an Order Granting Stipulation on Defendant's Motion to Dismiss. [ECF No. 9]

162011198

3. On December 24, 2025, Plaintiff filed an Amended Complaint. [ECF No. 11]

4. Pursuant to FRCP 15(a)(3), the deadline for Defendant to respond to Plaintiff's Amended Complaint is January 7, 2026.

5. Due to the preceding holiday schedule and unavailability of counsel, the Parties have agreed to extend the deadline for Defendant to answer Plaintiff's Amended Complaint by 9 days, up to and including January 16, 2026.

6. This request is not intended to cause delay or prejudice any party.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the time for Defendant to answer Plaintiff's Amended Complaint is extended to January 16, 2026.

DATED: January 6, 2026

**CONNOT LAW OFFICE PLLC**

*/s/ Mark J. Connot*
MARK J. CONNOT (10010)
8965 South Eastern Avenue, Ste. 382
Las Vegas, NV 89123
mconnot@connotlaw.com
Attorneys for Defendant AOC Healthcare Solutions LLC

DATED: January 6, 2026

**CLARK HILL PLC**

*/s/ William D. Schuller*
MICHAEL V. CRISTALLI (6266)
WILLIAM D. SCHULLER (11271)
FORREST ZIMMERMAN (17017)
1700 S. Pavilion Center Dr., Ste. 500
Las Vegas, Nevada 89135
mcristalli@clarkhill.com
wschuller@clarkhill.com
fzimmerman@clarkhill.com

BART J. VERDIRAME (8704)
General Counsel
New Horizon Medical Solutions, LLC
8395 W Sunset Rd, Suite #200
Las Vegas, NV 89113
legal@nhmedical.com
Attorneys for Plaintiff New Horizon Medical Solutions, LLC

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 1/7/2026