# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEW HORIZON MEDICAL SOLUTIONS, LLC,<br><br>Plaintiff<br><br>v.<br><br>AOC HEALTHCARE CENTER, LLC, et al.,<br><br>Defendants | Case No.: 2:25-cv-2372-APG-DJA<br><br>**Order Denying Motion to Dismiss as Moot**<br><br>[ECF No. 7] |

In light of the amended complaint (ECF No. 11),

I ORDER that the defendants' motions to dismiss **(ECF No. 7) IS DENIED as moot** because they are directed at an earlier version of the complaint.

DATED this 8th day of January, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE