MICHAEL V. CRISTALLI, ESQ.
Nevada Bar No. 6266
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 11271
**CLARK HILL PLC**
1700 S. Pavilion Center Dr., Ste. 500
Las Vegas, Nevada 89135
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
E-mail: mcristalli@clarkhill.com
wschuller@clarkhill.com

Attorneys for Plaintiff,
NEW HORIZON MEDICAL
SOLUTIONS LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| NEW HORIZON MEDICAL SOLUTIONS LLC,<br><br>Plaintiff,<br><br>vs.<br><br>AOC HEALTHCARE CENTER, LLC; and ANIBAL CABRERA LOPEZ, an individual,<br><br>Defendants. | CASE NO. 2:25-cv-02372-APG-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff NEW HORIZON MEDICAL SOLUTIONS LLC ("New Horizon") and Defendant AOC HEALTHCARE CENTER, LLC ("AOC Healthcare" and with New Horizon, "Parties"), by and through their respective counsel of record, hereby stipulate and agree, pursuant to FRCP 41(a):

1. On August 17, 2026, New Horizon filed a Motion for Partial Summary Judgment [ECF No. 22] ("MPSJ");

2. The Parties have since reached a resolution of this matter, the confidential terms of which are set forth in a Settlement Agreement ("Agreement");

3. The Agreement renders the MPSJ moot;

4. New Horizon's claims against AOC Healthcare are dismissed with prejudice; and

5. The Parties are to bear their respective attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated this 9th day of September 2026.

**CLARK HILL PLC**

/s/ William D. Schuller, Esq.
MICHAEL V. CRISTALLI, ESQ.
Nevada Bar No. 6266
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 11271
1700 S. Pavilion Center Dr., #500
Las Vegas, Nevada 89135

Attorneys for Plaintiff,
NEW HORIZON MEDICAL SOLUTIONS LLC

Dated this 9th day of September 2026.

**CONNOT LAW OFFICE PLLC**

/s/ Mark J. Connot, Esq.
MARK J. CONNOT, ESQ.
Nevada Bar No. 10010
8965 S. Eastern Avenue, Ste. 382
Las Vegas, Nevada 89123

Attorneys for Defendant,
AOC HEALTHCARE CENTER, LLC

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: September 10, 2026

Submitted By:

**CLARK HILL PLC**

/s/ William D. Schuller, Esq.
MICHAEL V. CRISTALLI, ESQ.
Nevada Bar No. 6266
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 11271
1700 S. Pavilion Center Dr., #500
Las Vegas, Nevada 89135

Attorneys for Plaintiff,
NEW HORIZON MEDICAL SOLUTIONS LLC